B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Tennessee

In re    Joshua R. Lawson    ,    Case No. _____
         Debtor                          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

**Creditor's Name:**
VOLUNTEER FEDERAL S&L
108 Main St
Madisonville, TN 37354-1487

**Describe Property Securing Debt:**
2004 Chev. Silverado (165,000 + miles)

Property will be *(check one)*:
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☒ Claimed as exempt
- ☐ Not claimed as exempt

---

**Property No. 2** *(if necessary)*

**Creditor's Name:**
Vanderbilt Mortgage & Finance
P.O. Box 9800
Maryville, TN 37802

**Describe Property Securing Debt:**
2009 Clayton Spirt SW Mobile Home

Property will be *(check one)*:
- ☒ Surrendered
- ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☒ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br>☐ YES ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br>☐ YES ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br>☐ YES ☐ NO |

___3___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 03/21/2015

/s/ Joshua R. Lawson
Signature of Debtor

_____
Signature of Joint Debtor

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

PART A    - Continuation

---

**Property No: 3**

**Creditor's Name:**
Harley-Davidson Credit
P.O. Box 22048
Carson City, NV 89721-2048

**Describe Property Securing Debt:**
2007 Harley Davidson FXSTB Nighttrain

Property will be    *(check one):*
- [✓] Surrendered
- [ ] Retained

If retaining the property, I intend to    *(check at least one):*
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is    *(check one):*
- [ ] Claimed as exempt
- [✓] Not claimed as exempt

---

**Property No: 4**

**Creditor's Name:**
Pioneer Credit Co.- 3521
P.O. Box 470
Athens, TN 37371-0470

**Describe Property Securing Debt:**
Household Goods & Furnishings

Property will be    *(check one):*
- [ ] Surrendered
- [✓] Retained

If retaining the property, I intend to    *(check at least one):*
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [✓] Other. Explain  Avoid Lien 522(f)    (for example, avoid lien using 11 U.S.C. §522(f)).

Property is    *(check one):*
- [✓] Claimed as exempt
- [ ] Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

**Property No: 5**

**Creditor's Name:**
Regency Finance
2320 Congress Pkwy S
Athens, TN 37303

**Describe Property Securing Debt:**
Household Goods & Furnishings

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain  Avoid Lien 522(f)   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

---

**Property No: 6**

**Creditor's Name:**
TN Connect CU
P.O. Box 52990
Knoxville, TN 37950

**Describe Property Securing Debt:**
2009 G3 bass boat

Property will be *(check one)*:
- ☑ Surrendered
- ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

Property No: 7

**Creditor's Name:**  
Capital One Retail Svcs.  
P.O. Box 7680  
Carol Stream, IL 60116-7680

**Describe Property Securing Debt:**  
2007 Suzuki RM 250 Dirt Bike

Property will be   *(check one)*:  
[√] Surrendered    [ ] Retained

If retaining the property, I intend to   *(check at least one)*:  
[ ] Redeem the property  
[ ] Reaffirm the debt  
[ ] Other.  Explain _____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one)*:  
[ ] Claimed as exempt     [√] Not claimed as exempt